IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

ROBERT HATHORN, JR.                                                                                PLAINTIFF

V.                                                      CIVIL ACTION NO. 1:17-CV-215-SA-DAS

THE KANSAS CITY SOUTHERN
RAILWAY COMPANY, INC.,
JOHN WRIGHT, and STUART EVEN GRIFFIN                    DEFENDANTS

FINAL JUDGMENT

Pursuant to a separate Order issued this day, the Defendants' Motion for Summary Judgment [26] is GRANTED as confessed. The Court hereby orders this case DISMISSED with prejudice, and this CASE is CLOSED.

SO ORDERED, this the 23rd day of October, 2018.

                                               /s/ Sharion Aycock
                                              UNITED STATES DISTRICT COURT JUDGE